# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| METTEKJISTINE MCKENZIE AND CHASITY COMBS, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLCONNECT, INC.<br><br>Defendant. | Case No.: |

## DECLARATION OF MELINDA NARCISO

I, Melinda Narciso, declare as follows:

1. I am the Executive Vice President of Human Resources for Red Ventures Holdco, LP.

2. AllConnect, Inc. is a wholly owned subsidiary of Red Ventures Holdco, LP.

3. One thousand eight hundred and fifty-four (1,854) individuals were affected by the data privacy event at issue in this litigation on or about February 14, 2018.

Pursuant to 28 U.S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 15th day of May, 2018

_____
Melinda Narciso