UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

*ELECTRONICALLY FILED*

| | |
|---|---|
| **McKENZIE, METTEKJISTINE, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| **v.** ) | **Case No. 5:18-cv-00359-JMH** |
| ) | |
| **ALLCONNECT, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

\* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' NOTICE OF AGREEMENT TO STAY
PENDING FINALIZATION OF SETTLEMENT**

Plaintiffs, by counsel, in response to this Court's April 26, 2019 Order (DE 32), hereby respectfully join in Defendant's motion to stay this action pending finalization of a settlement. Plaintiffs join Defendant and respectfully request that the Court stay all proceedings in this matter through August 26, 2019, in order for the parties to finalize settlement agreements.

Dated: April 29, 2019

Respectfully submitted,

/s/ Lynn A. Toops
Richard E. Shevitz (Indiana Bar # 12007-49)
Lynn A. Toops (Indiana Bar # 26386-49)
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Fax: (317) 636-2593
Email: rshevitz@cohenandmalad.com
Email: ltoops@cohenandmalad.com

1

David O'Brien Suetholz
BRANSTETTER, STRANCH &
JENNINGS, PLLC
515 Park Avenue
Louisville, KY 40208
Telephone: 502-636-4333
Email: davids@bsjfirm.com

J. Gerard Stranch, IV
BRANSTETTER, STRANCH &
JENNINGS, PLLC
223 Rosa L. Parks Ave, Ste. 200
Nashville, TN 37203
Telephone: (615) 254-8801
Fax: (615) 255-5419
Email: gerards@bsjfirm.com

Christopher D. Jennings
THE JOHNSON FIRM
2226 Cottondale Lane, Suite 210
Little Rock, AR 72202
Telephone: (501) 372-1300
Fax: (888) 505-0909
Email: chris@yourattorney.com

*Attorneys for Plaintiffs and Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2019, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ Lynn A. Toops
Lynn A. Toops

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Fax: (317) 636-2593
Email: ltoops@cohenandmalad.com