UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

METTEKJISTINE MCKENZIE, *et al.*,  )
  )
  Plaintiffs, )      Case No.
  )      5:18-cv-359-JMH
v. )
  )      **ORDER**
ALLCONNECT, INC., )
  )
  Defendant. )

\*\*\*

Defendant Allconnect, Inc., moved for a stay of this action pending finalization of a settlement of all disputes in this matter. [DE 31]. Because the Plaintiffs had not joined in the motion, the Court allowed the Plaintiffs an opportunity to respond to the motion to stay. [DE 32]. Since then, Plaintiffs have responded and stated that they join in the motion to stay the matter pending finalization of the settlement. [DE 33].

Accordingly, **IT IS ORDERED** as follows:

(1) All proceedings in this action are **STAYED** pending finalization of the settlement between the parties;

(2) All deadlines and hearings in this matter are **CONTINUED GENERALLY**; and

(3) The parties **SHALL FILE either a joint status report or a joint stipulation of dismissal no later than August 26, 2019.**

This the 29th day of April, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge